## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION

| | |
|---|---|
| ELOY SAENZ, MIGUEL DOMINGUEZ, And DEANNA SANCHEZ § § § | |
| VS. § | CIVIL ACTION NO. 7:15-cv-00160 |
| § § | |
| ASI Lloyds § | |

### ELOY SAENZ'S STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii) Plaintiff ELOY SAENZ files this stipulation of dismissal as to Defendant ASI Lloyds.

1. Plaintiff is Eloy Saenz. Defendant is ASI Lloyds.
2. Plaintiff Eloy Saenz moves to dismiss his claims against ASI Lloyds.
3. Plaintiff was mistakenly included in the filings of the above-listed lawsuit.
4. Plaintiff Eloy Saenz has previously settled his claims against ASI Lloyds which are re-claimed in this lawsuit; and, so that he is not in violation of his prior settlement agreement, must dismiss his claims in this lawsuit.
5. This case is not a class action.
6. A receiver has not been appointed in this case.
7. This dismissal is with prejudice to re-filing.

DATED: May 8, 2015.

Respectfully submitted,

*/s/ Peyton S. Kampas*
Peyton S. Kampas
State Bar No. 24081533
121 North 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
Facsimile: (956) 630-0383

AGREED:

_____
J Scott Simon
One Riverway Suite 1400
Houston, Texas 77056
Tel: (713) 403-8210
Fax: (713) 403-8299
jsimon@thompsoncoe.com

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS MCALLEN DIVISION

| | | |
|---|---|---|
| ELOY SAENZ, MIGUEL DOMINGUEZ, And DEANNA SANCHEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:15-cv-00160 |
| ASI Lloyds | § | |

## ELOY SAENZ'S STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii) Plaintiff ELOY SAENZ files this stipulation of dismissal as to Defendant ASI Lloyds.

1. Plaintiff is Eloy Saenz. Defendant is ASI Lloyds.
2. Plaintiff Eloy Saenz moves to dismiss his claims against ASI Lloyds.
3. Plaintiff was mistakenly included in the filings of the above-listed lawsuit.
4. Plaintiff Eloy Saenz has previously settled his claims against ASI Lloyds which are re-claimed in this lawsuit; and, so that he is not in violation of his prior settlement agreement, must dismiss his claims in this lawsuit.
5. This case is not a class action.
6. A receiver has not been appointed in this case.
7. This dismissal is with prejudice to re-filing.

DATED: May 8, 2015.

Respectfully submitted,

/s/ Peyton S. Kampas
Peyton S. Kampas
State Bar No. 24081533
121 North 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
Facsimile: (956) 630-0383

AGREED:

_____
J Scott Simon
One Riverway Suite 1400
Houston, Texas 77056
Tel: (713) 403-8210
Fax: (713) 403-8299
jsimon@thompsoncoe.com

| | |
|---|---|
| ELOY SAENZ, MIGUEL DOMINGUEZ, And DEANNA SANCHEZ<br><br>*Plaintiffs,*<br><br>vs.<br><br>ASI LLOYDS<br><br>*Defendant,* | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 7:15-cv-00160<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING ELOY SAENZ'S STIPLATION OF DISMISSAL

After considering the Law Office of Vicente Gonzalez & Associates P.C.'s stipulation of dismissal as attorneys of record, the Court **GRANTS** the Dismissal and that the firm and the individual attorneys working for them are no longer counsel of record in the above captioned matter.

_____

PRESIDING JUDGE

**Cc:** Jay Scott Simon, Thompson, Coe, Cousins & Irons, L.L.P., One Riverway, Suite 1600 Houston, Texas 77056