United States District Court
Southern District of Texas
**ENTERED**
November 12, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MIGUEL DOMINGUEZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:15-CV-160 |
| ASI LLOYDS, | § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs MIGUEL DOMINGUEZ AND DEANNA SANCHEZ and Defendant ASI LLOYDS' Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted. Plaintiff Eloy Saenz ("Saenz") was dismissed from the case with prejudice on May 18, 2015.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

SO ORDERED this 12th day of November, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge